**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000879**
**07-JAN-2021**
**07:50 AM**
**Dkt. 34 SO**

NO. CAAP-18-0000879

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

EUGENE MIRONER AND EKATERINA MIRONER,
Plaintiffs-Appellees,
v.
JESSIE JAMES STEELE,
Defendant-Appellant,
and
JOHN DOES 1-20 AND JANE DOES 1-10,
Defendants

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5RC-17-1-0699)

SUMMARY DISPOSITION ORDER
(By: Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Defendant-Appellant Jesse James Steele (**Steele**) appeals from the Judgment for Possession and the Writ of Possession, filed on November 26, 2018, in the District Court of the Fifth Circuit (**District Court**).[1]

Upon careful review of the record and the briefs submitted by the parties and having given due consideration to the arguments advanced and the issues raised by the parties, we resolve Steele's point of error as follows:

Steele contends he is an "Internationally Protected Person under Geneva IV USC 18 §2441, a Hawaiian-Subject and a Tenant in Wainiha Ahupuaʻa Haleleʻa District on the Island of

---

[1] The Honorable Joe P. Moss presided.

Kauai located within the Hawaiian Islands which is also known as the Sandwich Islands[,]" and that "[u]nder USC 28 §91 Hawaiʻi the State of Hawaii and United States of America has no Hawaiian Islands or Sandwich Islands to retain Jurisdiction over Internationally Protected Persons on Internationally Protected Property."  We construe Steele's Opening Brief as challenging the District Court's jurisdiction over him in this action.

The District Court has "jurisdiction in ejectment proceedings where the title to real estate does not come in question at the trial of the action."  Hawaii Revised Statutes § 604-6 (2016).  The record on appeal does not indicate Steele contested title in the ejectment proceeding below.  Therefore, the District Court had jurisdiction over the ejectment proceeding.

"Individuals claiming to be citizens of the Kingdom [of Hawaiʻi] and not of the State are not exempt from application of the State's laws."  State v. Kaulia, 128 Hawaiʻi 479, 487, 291 P.3d 377, 385 (2013).  "[W]e reaffirm that whatever may be said regarding the lawfulness of its origins, the State of Hawaiʻi is now, a lawful government."  Id. (brackets, quotation marks, ellipsis, and citation omitted).

Therefore, IT IS HEREBY ORDERED that the Judgment for Possession and the Writ of Possession, filed on November 26, 2018, in the District Court of the Fifth Circuit is affirmed.

DATED:  Honolulu, Hawaiʻi, January 7, 2021.


On the briefs:

Jesse James Steele,
Self-Represented Defendant-
Appellant.

Donna E. Richards,
Mark R. Zenger,
(Richards and Zenger)
for Plaintiffs-Appellees.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge